UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    BERNICE LORETTA GOODRICH,

                                     Plaintiff,           20 Civ. 8875 (LGS)

                -against-                    ORDER

    COMMISSIONER OF SOCIAL SECURITY,

                                     Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on October 23, 2020, Plaintiff filed the Complaint. Dkt. No. 1.

    WHEREAS, on October 29, 2020, the Clerk of Court issued the electronic summons as to Defendant. Dkt. No. 8.

    WHEREAS, Defendant has not yet appeared. It is hereby

    **ORDERED** that, by **December 21, 2020**, Plaintiff shall file a status letter apprising the Court of the efforts to serve Defendant. It is further

    **ORDERED** that, by **December 21, 2020**, Plaintiff shall serve a copy of this Order on Defendant and file proof of service.

Dated: December 15, 2020
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE